UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-4609

UNITED STATES OF AMERICA,

Appellee,

v.

KEITH DEICHERT

Appellant.

---

**APPELLANT'S RESPONSE TO GOVERNMENT'S MOTION FOR SUMMARY DISPOSITION**

---

NOW COMES APPELLANT Keith Deichert, through undersigned counsel, and pursuant to this Court's order responds to the Government's motion for summary disposition as follows:

Appellant is currently incarcerated at FCI Petersburg in Virginia. Undersigned counsel has informed Appellant by mail of the Government's motion, but Appellant has apparently been unable to set up a call with undersigned counsel so that counsel may ascertain Appellant's position on this motion. Appellant is not permitted to contact counsel via email from the BOP, or otherwise use the BOP

email system, apparently because of the nature of his conviction. Undersigned counsel is therefore unable to provide Appellant's position on the motion.

As noted in Appellant's Brief, undersigned counsel concedes that Appellant's position was decided contrary to Appellant by this Court in the recent case of *United States v. McLamb*, ___ F.3d ___, 2018 U.S.App.Lexis 1914, No. 17-4299 (4th Cir. Jan. 25, 2018). Appellant does wish to continue to pursue the arguments set out in his Brief to preserve these positions for further appellate review.

This the 5th day of March, 2018.

/s/   Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
N.C. State Bar No. 21310
Gammon, Howard & Zeszotarski, PLLC
115 ½ West Morgan Street
Raleigh, NC  27601
(919) 521-5878
jzeszotarski@ghz-law.com
Counsel for Appellant

2

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing MOTION was served through the electronic service function of the Court's electronic filing system, addressed as follows:

Kristine L. Fritz
Assistant United States Attorney
310 New Bern Avenue
Raleigh, NC  27601

This the 5th day of March, 2018.

                                /s/   Joseph E. Zeszotarski, Jr.
                                Counsel for Appellant