FILED: April 19, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-4609
(5:16-cr-00201-FL-1)

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

  v.

KEITH WILLIAM DEICHERT,

  Defendant - Appellant.

O R D E R

  Keith William Deichert pled guilty, pursuant to a conditional plea agreement, to manufacturing child pornography, in violation of 18 U.S.C. § 2251(a), (e) (2012). The district court sentenced Deichert to 240 months' imprisonment and imposed 15 years of supervised release. On appeal, Deichert challenges the denial of his pretrial motion to suppress evidence. The Government filed a motion for summary affirmance pursuant to 4th Circuit Rule 27(f). As the only issue raised in Deichert's appeal is foreclosed by our recent decision in *United States v. McLamb*, 880 F.3d 685 (4th Cir. 2018), we grant the Government's motion for summary affirmance of the district court's judgment.

Entered at the direction of the panel: Chief Judge Gregory, Judge Thacker, and Judge Harris.

For the Court

<u>/s/ Patricia S. Connor, Clerk</u>
